UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 5201 RIVERSIDE STATION BLVD., SEACAUCUS, NEW JERSEY, 07094, WHICH IS MORE PARTICULARLY DESCIRBED IN ATTACHMENT A | Case No. 12-4085 (MAH) **SEARCH WARRANT** |

To:     Special Agent Gabriel Andrews and any Authorized Officer of the United States

Affidavit having been made before me by Special Agent Gabriel Andrews who has reason to believe that on the premises known as

SEE ATTACHMENT A

in the District of New Jersey there is now concealed a certain person or property, namely

SEE ATTACHMENT B

I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant which is

SEE ATTACHMENT C

The facts to support the issuance of a Search Warrant are as follows:

SEE ATTACHMENT D

YOU ARE HEREBY COMMANDED to search on or before _October 17, 2012_ (not to exceed 14 days) the person or place named above for the person or property specified, serving this warrant and making the search in the daytime, 6:00 a.m. to 10:00 p.m., and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the Honorable Michael A. Hammer, U.S. Magistrate Judge as required by law.

October 3, 2012, at _3:45 p.m._ .
Date and Time issued

Honorable Michael A. Hammer
United States Magistrate Judge
Name and Title of Judicial Officer

Essex County, New Jersey
County and State

_Michael A. Hemmer_
Signature of Judicial Officer

MK000077

MKP-0000054

## RETURN

| Date warrant received | Date and time Warrant Executed | Copy of Warrant and Receipt for items left with |
|---|---|---|
| | | |

Inventory made in the presence of

Inventory of person or property taken pursuant to the warrant

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____
United States Magistrate Judge

MK000078

MKP-0000055

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 5201 RIVERSIDE STATION BLVD., SEACAUCUS, NEW JERSEY, 07094, WHICH IS MORE PARTICULARLY DESCIRBED IN ATTACHMENT A | Case No. 12-4085 (MAH)<br><br>**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT** |

I, Special Agent Gabriel Andrews, being duly sworn depose and say:

I am a Special Agent with the Federal Bureau of Investigation and have reason to believe that on the property or premises known as

SEE ATTACHMENT A

in the District of New Jersey there is now concealed a certain person or property namely

SEE ATTACHMENT B

which is

SEE ATTACHMENT C

The facts to support the issuance of a Search Warrant are as follows:

SEE ATTACHMENT D

Continued on the attached sheet and made a part hereof.   _X_ Yes   ___ No

_____
Signature of Affiant
Special Agent Gabriel Andrews
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

October 3, 2012   at   _3:45 p.m._
Date

Honorable Michael A. Hammer_
United States Magistrate Judge
Name & Title of Judicial Officer

Essex County, New Jersey
County and State

_____
Signature of Judicial Officer

MK000079

MKP-0000056

### Attachment A

**Premises to be searched:**

    The premises to be searched is an apartment located at 5201 Riverside Station Blvd, Secaucus, New Jersey, 07094 (the "SUBJECT PREMISES").   The SUBJECT PREMISES is more particularly described as Unit 5201, a three-bedroom, two-bathroom apartment located on the second floor of Building 5000, above the main entrance.   Photographs describing the location of the SUBJECT PREMISES, along with floor plans of both the second floor of Building 5000 and the SUBJECT PREMISES, are attached below:



MK000080

MKP-0000057

**Attachment B**

**ITEMS TO BE SEIZED**

Evidence, contraband, fruits, and and instrumentalities of criminal violations of 18 U.S.C. Sections 371 (conspiracy), and 1030(a)(5) (transmitting malicious code) and 1030(a)(6) (trafficking in passwords), namely:

a.  Records relating to unauthorized computer access and/or computer intrusions including attacks on the Tribune Media Co. server located in Los Angeles California for the period December 1, 2010 to the present;

b.  Records related to the trafficking in usernames and passwords;

c.  Records relating to:

  i.  foxmulder4099@yahoo.co.uk

  ii.  cybertroll69x@hotmail.com

  iii.  walterskinner5099@Yahoo.co.uk

  iv.  cancerman4099@yahoo.co.uk

  v.  fox40truthers@gmail.com

  vi.  dudenudeguy@gmail.com

  vii.  The X-Files

  viii.  AESCracked

  ix.  Sabu

  x.  Kayla

  xi.  Sharpie

  xii.  Switch

  xiii.  Blergh

    xiv.  N3ot0xin

    xv.  Chronom

    xvi.  Rand0m

    xvii.  Pellsson

    xviii.  Tred

    xix.  Garrett

    xx.  Tflow

    xxi.  Arseface

In order to search for the items described above that may be maintained in electronic media, law enforcement personnel are authorized to search, copy, image and seize the following items for offsite review:

a.  Any computer equipment or digital devices belonging to MATTHEW KEYS that are capable of being used to commit the Specified Federal Offenses, or to create, access, or store evidence, or instrumentalities of such crimes, as set forth in Attachment B;

b.  Any computer equipment or digital devices belonging to MATTHEW KEYS used to facilitate the transmission, creation, display, encoding, or storage of data, including word processing equipment, modems, docking stations, monitors, printers, plotters, encryption devices, and optical scanners that belong to KEYS and are capable of being used to commit or further the crimes outlined above, or to create, access, process, or store evidence and instrumentalities of such crimes, as set forth in Attachment B;

c.  Any magnetic, electronic, or optical storage device capable of storing data, such as floppy disks, hard disks, tapes, CD-ROMs, CD-Rs, CD-RWs, DVDs, optical disks,

printer or memory buffers, smart cards, PC cards, memory calculators, electronic

dialers, electronic notebooks, personal digital assistants, and cell phones belonging to

MATTHEW KEYS that are capable of being used to commit or further the crimes

outlined above, or to create, access, or store evidence and instrumentalities of such

crimes, as set forth in Attachment B;

d. Any documentation, operating logs, and reference manuals regarding the operation

of the computer equipment, storage devices, or software belonging to MATTHEW

KEYS;

e. Any applications, utility programs, compilers, interpreters, and other software

belonging to MATTHEW KEYS used to facilitate direct or indirect communication

with the computer hardware, storage devices, or data belonging to KEYS to be

searched;

f. Any physical keys, encryption devices, dongles, or similar physical items belonging

to MATTHEW KEYS which are necessary to gain access to KEYS's computer

equipment, storage devices, or data;

g. Any passwords, password files, test keys, encryption codes, or other information

belonging to MATTHEW KEYS necessary to access the computer equipment,

storage devices, or data; and

h. All records, documents, programs, applications, or materials created, modified, or

stored in any form, including in digital form, on any computer or digital device

belonging to MATTHEW KEYS, that show the actual user(s) of the computers or

digital devices during any time period in which the device was used to commit the

crimes referenced above, including the web browser's history; temporary Internet

MK000086

MKP-0000060

files; cookies, bookmarked, or favorite web pages; email addresses used from the computer; MAC IDs and/or Internet Protocol addresses used by the computer; email, instant messages, and other electronic communications; address books; contact lists; records of social networking and online service usage; and software that would allow others to control the digital device such as viruses, Trojan horses, and other forms of malicious software (or alternatively, the lack of software that would allow others to control the digital device).

i.  All records, documents, programs, applications, or materials created, modified, or stored in any form, including in digital form, on any computer or digital device belonging to MATTHEW KEYS, that show evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the computer or digital device.

j.  All records, documents, programs, applications, or materials created, modified, or stored in any form, including in digital form, on any computer or digital device belonging to MATTHEW KEYS, that show contextual information necessary to understand the evidence, contraband, fruits, or instrumentalities described in Attachment B.

MK000087

MKP-0000061

# **ATTACHMENT C**

Evidence of violations of federal law, including Title 18, United States Code, Sections 371 (conspiracy), 1030(a)(5) (transmitting malicious code), and 1030(a)(6) (trafficking in passwords).

MK000088

MKP-0000062

**ATTACHMENT D**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

IN THE MATTER OF THE SEARCH OF    :
5201 RIVERSIDE STATION BLVD.,
SEACAUCUS, NEW JERSEY, 07094,     :  Hon. Michael A. Hammer
WHICH IS MORE PARTICULARLY
DESCRIBED IN ATTACHMENT A      :  Mag. No. 12-4085

**AFFIDAVIT IN SUPPORT OF AN
APPLICATION FOR A SEARCH WARRANT**

I, GABRIEL ANDREWS, being duly sworn, depose and state as follows:

**Introduction and Agent Background**

1.     I am a Special Agent of the Federal Bureau of Investigation ("FBI"), and have been so employed since September 12, 2010.   I am currently assigned to the Los Angeles Field Office, Cyber Crimes Squad, which is responsible for the investigation of, among other things, computer intrusion offenses.   While working as a Special Agent of the FBI, I have participated in investigations involving computer-related offenses, and assisted in the execution of search warrants involving searches and seizures of computers, computer equipment, software, electronically stored information, and instrumentalities of fraud.   In addition to attending the FBI Academy in Quantico, Virginia, I have attended FBI training specific to computer crime investigations.

2.     This affidavit is submitted in support of an application for a search warrant for evidence and instrumentalities of violations of 18 U.S.C. Sections 371 (conspiracy), 1030(a)(5) (transmitting malicious code), and 1030(a)(6) (trafficking in passwords), collectively the

MK000089

MKP-0000063

"Specified Federal Offenses."   As set forth below, I have probable cause to believe that evidence and instrumentalities of the Specified Federal Offenses, as set forth in Attachment B, which is attached hereto and incorporated herein by this reference, are currently at 5201 Riverside Station Blvd, Secaucus, New Jersey (the "SUBJECT PREMISES,"), which is more fully described in Attachment A, which is also attached hereto and incorporated herein by this reference.

3.    The facts set forth in this affidavit are based on the following: my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers; interviews of witnesses; my review of records related to this investigation; communications with others who have knowledge of the events and circumstances described herein; and information gained through my training and experience.   Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the application for a search warrant, it does not set forth each and every fact that I or others have learned during the course of this investigation.

<u>**Backgrounds and Definitions**</u>

4.    Based on my training and experience, I am familiar with the following terms:

a.    <u>The Internet</u>:   The Internet is a collection of computers and computer networks which are connected to one another for the purpose of sharing information.   Connections between Internet computers exist across state and international borders and information sent between computers connected to the Internet may cross state and international borders, even if those computers are in the same state.

b.    <u>Internet Service Provider ("ISP")</u>:   An ISP is a commercial business that

MK000090

MKP-0000064

offers Internet access to its subscribers through telephone or other telecommunications lines; ISPs may also provide Internet electronic mail ("e-mail") accounts.   ISPs maintain records pertaining to the individuals or companies that have subscriber accounts with them.   Those records could include identifying and billing information, account access information in the form of log files, e-mail transaction information, customer service information and other information both in computer data format and in written record format.

c.      Internet Protocol ("IP") Address:   An IP address is a unique numeric address used by computers on the Internet.   An IP address is a series of four numbers, each in the range 0-255, separated by periods (e.g., 121.56.97.178). Every computer attached to the Internet must be assigned an IP address so that Internet traffic sent from and directed to that computer may be directed properly from its source to its destination.   In this respect, an IP address acts much like a home or business street address, as it enables Internet sites to properly route traffic to each other.   The assignment of IP addresses to computers connected to the Internet is controlled by ISPs.   There are two types of IP addresses:   dynamic and static.   A static IP address is one that is permanently assigned to a given computer on a network.   With dynamic IP addressing, however, each time a computer establishes an Internet connection, that computer is assigned a different IP address. For example, each time a Verizon customer with a dynamic IP address connects to the Verizon network and establishes an Internet connection, he or she is randomly assigned an IP addresses from the block of IP addresses controlled by Verizon. When the customer ends the session, the temporarily assigned IP address is placed

MK000091

MKP-0000065

back into the pool of IP addresses available for temporary assignment to other Verizon subscribers.   Customers using broadband Internet services are typically assigned IP addresses that are technically dynamic, but which may remain unchanged for longer, but not indefinite, periods of time (*e.g.*, one week).

d.      Computer log file:  A file containing details of activities occurring in a system.   For example, a security log file may contain entries which detail any attempted accesses to a password file.

e.      "Whois" query:  A standardized query or method for identifying a particular computer on the Internet by obtaining information from a registry database that identifies the registrar for a particular IP address.   For example, if you enter a domain name such as "Microsoft.com," Whois will return the name and address of the domain's owner (in that case, Microsoft Corporation).   A "Whois" query can be found on numerous websites, including www.domaintools.com.

f.      Proxy Server:  In computer networks, a proxy server is a server (a computer system or an application) that acts as an intermediary for requests from clients seeking resources from other servers. A client connects to the proxy server, which will act as an intermediary to request service, such as a file, connection, web page, or other resource available from a different server.   Proxy servers can be used to add an additional layer of obfuscation between an end user and the server to which they wish to gain access.

g.      Internet Relay Chat ("IRC"):  A communications mechanism that allows multiple users to send messages to each other.   IRC communication takes place on the Internet in a group chat session often referred to as a channel.   IRC channels

MK000092

MKP-0000066

can be public or private and channel operators can control certain elements of the chats, such as who may access it.

h.  <u>Twitter</u>:  An online social networking service that allows people to post short messages, referred to as Tweets, for free on the public Internet for everybody to see.  A Twitter user can "follow" other Twitter users, which means subscribing to those users' Tweets and site updates.  Each user profile page includes a list of the people who are following that user (*i.e.*, the user's "followers" list) and a list of people whom that user follows (*i.e.*, the user's "following" list). Twitter users can "unfollow" users whom they previously followed, and they can also adjust the privacy settings for their profile so that their Tweets are visible only to the people whom they approve, rather than to the public (which is the default setting).  A Twitter user can also group other Twitter users into "lists" that display on the right side of the user's home page on Twitter.  Twitter also provides users with a list of "Who to Follow," which includes a few recommendations of Twitter accounts that the user may find interesting, based on the types of accounts that the user is already following and who those people follow.

i.  <u>Facebook</u>:  An online social networking service that allows people to share information in a format similar to a webpage.  Facebook pages can be open to the public or restricted to private list of authorized viewers.

j.  <u>Denial-of-service attack (DoS attack) or distributed denial-of-service attack (DDoS attack)</u>:  An attempt to make a computer or network resource unavailable to its intended users.  Although the means to carry out, motives for, and targets of a DoS or DDoS attacks may vary, they generally consist of the concerted efforts of a

person, or multiple people to prevent an Internet site or service from functioning efficiently or at all, temporarily or indefinitely.

## PROBABLE CAUSE

5.      In summary, the following affidavit sets forth facts that MATTHEW KEYS transmitted, via the Internet, communications resulting in an intrusion into a protected computer owned by Tribune Media Company, located in Los Angeles, California, which computer was used to publish news and post advertising in interstate and foreign commerce.

6.      Since approximately 2008, a loosely affiliated organization of computer hackers, known as "Anonymous," has claimed responsibility for numerous computer crimes in retaliation for actions with which Anonymous disagrees, including intrusions and DoS attacks targeting foreign government websites in Australia, Egypt, Sweden, Tunisia, as well as the websites and/or computer networks of Amazon, PayPal, MasterCard, Visa, the Church of Scientology and HBGary, a company based in Sacramento, California.

7.      On or about December 1, 2010, KTXL Fox 40 (hereafter "Fox 40"), a television station located in Sacramento, California, learned that its e-mail contact list had been compromised.   The e-mail list was located on the "P2P Server" of Fox 40's parent company Tribune Media, located in Los Angeles, California.   The first person to notice the problem was Fox 40's news producer (the "Producer"), who began receiving unsolicited e-mails from an unknown person who claimed to have the e-mail list.

8.      The Producer contacted the FBI in Sacramento about the suspicious e-mails.   The Producer identified MATTHEW KEYS, a former employee whose job title was "Web Producer," as a potential suspect.   Approximately one month before this incident, in October 2010, the

MKP-0000068

Producer had terminated KEYS' employment.   KEYS had been responsible for maintaining Fox 40's Twitter and Facebook accounts, which he did using his own (non-Fox 40 news) e-mail account.   According to the Producer, after departing, KEYS changed the passwords to both the Twitter and Facebook accounts, preventing any other employee of Fox news from accessing or modifying them.   During the time that KEYS was in control of the Twitter and Facebook accounts, about 6,000 followers were deleted from the Fox 40 Twitter account.   This was a significant event for Fox 40, as the Twitter account was a revenue stream for the company. During that time, the Fox 40 Twitter account was also used to post news headlines from the station's competition.   This was an embarrassing situation for Fox 40; four days passed before the Producer was able to regain control of the accounts.

A.   **The Suspicious December 2010 E-Mails**

9.      On or about December 1, 2010, the Producer received the first e-mail from the account "foxmulder4099@yahoo.co.uk," which had the subject "Santas Lap."   The e-mail message suggested that the writer had obtained the e-mail addresses of all of Fox 40's customers. Several e-mails were provided in the e-mail as proof of this claim.   Numerous e-mails were exchanged between the Producer and the person using the e-mail account "foxmulder4099@yahoo.co.uk."   These e-mails carried the same theme of disparaging remarks about Fox 40 business practices.

10.     On or about December 2, 2010, a separate e-mail address, "cybertroll69x@hotmail.com," was used to forward to the Producer a message purportedly sent from an individual known as "J.H.," a legitimate Fox 40 employee, in which "J.H." claimed

foxmulder4099 was MATTHEW KEYS.   J.H, in e-mail conversation with the Producer, denied having sent the above e-mail.

11.   "cybertroll69x@hotmail.com" was registered by someone purporting to be MATT KEYS from a zip code of 95824 for Sacramento, California; these values are set by the user upon account creation and are not subject to verification.   The account was activated on December 2, 2010 and accessed only once by the user.   The IP address used to access this account was 98.208.49.74, and resolved to a location in Sacramento, California.   An attempt to identify the user of this IP address was unsuccessful.

12.   On or about December 3, 2010, Fox 40 News received an e-mail from a person purporting to be "Cancer Man."   The subject line of the e-mail was "Re: Donating" the e-mail contained the phrase "watch yourselves Fox 40" and contained a forwarded e-mail which had been sent from the American Cancer Society to Cancer Man.   The forwarded e-mail appeared to be a response from the American Cancer Society to Cancer Man.   A review of the response from the American Cancer Society indicated that the person purporting to be Cancer Man had sent an e-mail to the American Cancer Society from the e-mail address "CancerMan4099@yahoo.co.uk" and had provided a contact name of "MATTHEW KEYS."

13.   On or about December 3, 2010, a Fox 40 customer complained about receiving unsolicited e-mail from an e-mail address of "fox40truthers@gmail.com."

14.   On or about December 6, 2010, the Producer received an e-mail from the person purporting to be "Walter Skinner" with an e-mail address of WalterSkinner5099@yahoo.co.uk. This e-mail appeared to be in the form of a press release.   The e-mail referred to the Producer's Facebook page.

MK000096

15.     A complete listing of all e-mail addresses used to send suspicious e-mails to Fox 40 is as follows:

      a.     "foxmulder4099@yahoo.co.uk"

      b.     "cybertroll69x@hotmail.com"

      c.     "walterskinner5099@Yahoo.co.uk"; and

      d.     cancerman4099@yahoo.co.uk

      e.     "fox40truthers@gmail.com."

"Fox Mulder," "Walter Skinner," and "Cancer Man" are characters from the Fox television show "The X-Files."   Subpoenas issued for these accounts determined either that the information was unavailable or that the account used was by a proxy server.   Based on my training and experience, I am aware that proxy servers are used by people on the Internet to avoid having their activity traced back to them.

**B.     E-Mails Between MATTHEW KEYS and the Producer Concerning Anonymous**

16.     On or about December 12, 2010, a person purporting to be MATTHEW KEYS using an e-mail address of "Matthew@sactownmedia.com" sent the Producer an e-mail.   In this e-mail, KEYS told the Producer that he had infiltrated the group Anonymous.   KEYS further stated he had access to future Anonymous operations including operations against PayPal, Amazon, the Los Angeles Times, Fox News and others.

17.     On or about December 12, 2010, the Producer spoke with MATTHEW KEYS in a telephone conversation.   During the conversation they discussed a computer intrusion by Anonymous into a website called Gawker.   KEYS told the Producer he had entered an IRC chat room with over 2,000 members.   KEYS further stated that while in this chat room he met

someone who invited him into a private chat room populated by 15 highly skilled hackers.   KEYS told the Producer that he had computer records of his interaction with the Anonymous group members.   KEYS said he told the hackers about his past journalism experience.   In this call, KEYS also denied having been in any way involved with the suspicious e-mails the Producer had been receiving (referred to above).

### C.    The Defacement of the LA Times Website

18.    On or about December 14, 2010, two days after KEYS predicted that the LA Times might be a target of Anonymous, the FBI in Sacramento learned that a server belonging to Tribune Media (parent company of both the LA Times and Fox 40) was compromised and at least one headline was altered.   According to an internal investigation conducted by employees of Tribune Media, the person or persons who committed the computer intrusion had utilized the Tribune Media accounts "Anon1234" and "Arseface," each of which were identified as unauthorized users on the Tribune Media server.   Further, it was reported to the FBI in Sacramento that an employee of the Tribune observed in Anonymous IRC channels a user by the name of "sharpie" claiming involvement in the LA Times defacement.

### D.    KEY's Acknowledgment of his Participation in Internet Chats with Anonymous

19.    On or about March 18, 2011, MATTHEW KEYS wrote on the website, producermatthew.com, for which a Whois query returns registrant "Matthew Keys, 4655 Fruitridge Road, Sacramento, California 95820, United States":

> Earlier today, the website Gawker published a story outing several high-level members of the hacktivist group Anonymous.   The Gawker story sourced me in several paragraphs as a journalist who had gained access to secret chat rooms in which high-ranking

MK000098

MKP-0000072

members of the group would plan various attacks on websites, to be executed by common members of Anonymous in public chat rooms. I provided Gawker with just one of dozens of logs that were taken during my two-month access to top level hackers within Anonymous.   In addition to providing Gawker with one log, I provided the PBS NewsHour with a record back in December.

I identified myself as a journalist during my interaction with the top-level Anonymous hackers and at no time did I offer said individuals any agreement of confidentiality.   In fact, I asked several of them for their feelings should they be exposed.   They seemed, by and large, indifferent.

20.     On or about June 26, 2011, KEYS further wrote on his website, producermatthew.com:

I have been made aware that a computer hacker who goes by the name of Sabu has been allegedly exposed by a white hat hacker named The Jester.

Hacker Sabu was one of several I observed in a secret, top-level chat room run on the same server that Anonymous widely used to carry out and coordinate its denial of service attacks against merchants and government websites between December 2010 and January 2011.   The chat room was internetfeds and possessed highly intelligent black hat hackers who seemed to carry out attacks that were not in the name, or aligning with the agenda, of the hacktivist group collective Anonymous.

**E.     KEY's Use of the Username "AESCracked" During Internet Chats**

21.     On March 6, 2012, KEYS further posted on his website, producermatthew.com an image (provided below as Exhibit A, a contextual screenshot, and Exhibit B, a close-up) of an IRC chat on the Mac operating system under which he wrote: "During my observance of Anonymous/LulzSec hackers in a chat room called 'InternetFeds,' … Log recorded December 22, 2010."   I know from my experience that the program shown appears to be "Colloquy," a chat program available for the Mac, which I have used and found to be identical to that shown in the image.   I know from my experience that when a person uses the Colloquy program, Colloquy will

MK000099

show that person's username in red (as opposed to all other usernames, which appear in orange).

In the aforementioned image posted by KEYS, the username in red was intentionally blurred, but

is approximately ten characters in length, and ends in "d."   Further, the username in red is referred

to by another user as "AES."

22.     In December 2011, the FBI in Sacramento was reviewing evidence pertaining to a

computer intrusion by Anonymous into a local company called HBGary.   While reviewing digital

evidence which had been seized pursuant to a federal search warrant, FBI investigators noted a

chat in which "Kayla" discussed KEYS:

> a.     In a chat believed to have taken place in March 2011 between Kayla and
>
> others, Kayla wrote, "this 'keys' faggot we think is AESCracked who was an ex
>
> journalist..."
>
> b.     Kayla also wrote, "but in that gawker article it says his name is 'Matt Keys'
>
> lol he's not so innocent and we have logs of him too, he was the one who gave us
>
> passwords for LA times, fox40 and some others, he had superuser on alot of media"

Further, Kayla posted a link to the www.producermatthew.com blog discussed above wherein

MATTHEW KEYS admitted providing logs from Anonymous IRC channels to Gawker.

23.     In December 2011, I reviewed chat logs seized during a search warrant in Toledo,

Ohio for digital media belonging to a suspected member of Anonymous going by the usernames

"Owen" and "Iowa."   These logs included excerpts from the above-mentioned #internetfeds chat

room during the December 2010 to January 2011 timeframe.   I have prepared a list of what I

believe to be relevant findings from these chat logs as Exhibit C.   Some of the more pertinent

quotes from the #internetfeds chat room, referred to above, are as follows:

Dec 08 20:55:12   Sabu   that would be nice to get access to fox. let me know if I can get access. I want to see if I can get further in

...

| | | |
|---|---|---|
| Dec 08 20:59:20 | **AESCracked** | **i'm not a hacker.** |
| Dec 08 20:59:23 | **AESCracked** | **i'm an ex-employee** |

...

| | | |
|---|---|---|
| Dec 08 21:00:47 | **AESCracked** | **user: anon1234** |
| Dec 08 21:00:50 | **AESCracked** | **pass: common2** |
| Dec 08 21:01:23 | **AESCracked** | **go fuck some shit up!** |
| Dec 08 21:01:29 | sharpie | thanks very much |
| Dec 08 21:01:32 | Sabu | AESCracked: thank you. |

(emphasis added).

24.     In the above exchange, AESCracked, who I believe to be MATTHEW KEYS, provided the user name and password utilized in the intrusion of the Tribune Media server located in Los Angeles, California, as described in paragraph 18 above.   This password granted access to the three Content Management Systems controlling the content contained on the websites of Tribune's subsidiaries Fox 40, based in Sacramento, California, and the Los Angeles Times, based in Los Angeles, California. As further described in Exhibit C:

a.   AESCracked specifically asked if anyone was interested in defacing Fox or the LA Times.   As described in paragraph 18 above, the same server in Los Angeles served both Fox 40 as well as the LA Times.

b.   AESCracked claimed to be an ex-employee.   As described in paragraph 8 above, KEYS had recently been terminated by Fox 40 and was unemployed as of December 2010.

c.   AESCracked asked if anyone wished to purchase an e-mail list.   As described in paragraph 13 above, the Fox 40 e-mail list had been stolen.

d.    AESCracked communicated with Sabu, Kayla, Sharpie and others about the username and passwords in the IRC channel #internetfeds.   As described in

MK000101

MKP-0000075

paragraphs 19 to 20 above, KEYS admitted on his website to communicating with

Sabu during the very same December 2010 timeframe, in the very same IRC channel

"internetfeds".

25.     AESCracked accessed the #OperationPayback[1] IRC chat channel from IP address

78.129.220.46 in about January 2011.   After reviewing documents provided by Yahoo! Inc., I

have learned that this IP address was the one used by the sender of an e-mail from

"foxmulder4099@yahoo.co.uk" to Fox 40 as described in paragraphs 9 and 10 above.

26.     On January 5, 2011, AESCracked was banned from the AnonOps chat server[2] after

having been accused by members of the #internetfeds channel of leaking information to the media.

Shortly thereafter, still on January 5, 2011, users of the #internetfeds channel including Tred and

Kayla identified AESCracked logging in under a slightly modified username "A2SCracked" from

the IP address 75.53.171.204:

> * ***Notice -- Client connecting at belldandy.anonops.ru:A2SCracked
> (A2SCracked@75-53-171-204.lightspeed.nscrca.sbcglobal.net).

I have learned from AT&T that the IP address 75.53.171.204 was registered to KEYS, and only

KEYS, on January 5, 2011, at 3381 Shadow Tree Drive, Apt 327, Sacramento, California, 95834.

27.     On July 6, 2012, I reviewed portions of the book *We Are Anonymous* by Parmy

Olson, which was published June 5, 2012.   On page 446 of this book, Olson wrote: "Owen's

---

1 Operation Payback, as of December 2010, was an Internet-based DoS attack campaign attributed to Anonymous,
and targeting PayPal and other companies.   Operation Payback participants claimed the attacks were in retaliation for
PayPal's decision to halt the processing of donations to WikiLeaks following WikiLeaks' controversial public release
of sensitive US documents.   Communication amongst participants occurred largely via IRC, utilizing channels such
as the #OperationPayback channel denoted above.

2 The AnonOps chat server is a computer that hosted multiple Internet chat channels including, but not limited to,
#internetfeds and #OperationPayback.

MK000102

MKP-0000076

quote ... comes from screenshots of the #InternetFeds chat room made by freelance journalist Matthew Keys, which were e-mailed to me by Keys in early 2011.   Keys was invited to observe the goings-on in InternetFeds from December of 2010 to January of 2011. He used the nickname AESCracked."   Olson also wrote on page 446: "Further description of dialogue and content from discussions in the channel comes from scores of screenshots provided by Matthew Keys."

28.     Also on July 6, 2012, I read a Twitter post dated May 25, 2012, in which KEYS, username @ProducerMatthew, wrote "This is the book I'm in.   You should think about buying it."   In this post, KEYS linked the book *We Are Anonymous*, and addressed his comment to Parmy Olson's Twitter username @parmy.

29.     According to the logs excerpted in Exhibit C, AESCracked, as dudenudeguy@gmail.com, sent what he said were nude pictures of himself to an the person utilizing the moniker "Owen."   With "Owen," AESCracked claimed to be a white male, with brown hair and brown eyes, from the West Coast.   I have seen a picture of KEYS; he appears to be a white male with brown hair and brown eyes.

30.     Other individuals with whom AESCracked discussed hacking and Anonymous included:

        a.   Sharpie

        b.   Switch

        c.   Blergh

        d.   N3ot0xin

        e.   Chronom AKA Tflow

        f.   Rand0m

MK000103

MKP-0000077

    g.  Pellsson

    h.  Tred

    i.  Garrett

As discussed in paragraph 18 above, the moniker "sharpie" was associated with the defacement of the LA Times website.

**F.**    <u>**Approximate Damage to Tribune Media**</u>

31.    According to the Managing Director, Technology Architect at Tribune Media, approximately 333 man hours were spent by Tribune employees responding to the compromise of Tribune Media's server on December 14, 2010, at an estimated labor cost of $17,650.40.   This estimate did not include costs relating to hardware and/or service upgrades implemented by Tribune following the intrusion, costs relating to the stolen e-mail list affecting Fox 40 News in Sacramento, nor ad revenue losses taken as a result of the attack.

**G.**    <u>**Summary of KEYS's Involvement in the Tribune Media Compromise**</u>

32.    Based on the above, there is probable cause to believe the following: after being terminated from his job at Fox 40 in Sacramento, California, KEYS accessed in an unauthorized manner the server in Los Angeles belonging to Tribune Media.   From this server, KEYS stole the e-mail list of Fox 40's customers.   KEYS offered to sell this list to members of Anonymous. KEYS also used this list to send spurious e-mails to Fox 40's customers and to disrupt the business operations of Fox 40.   Furthermore, KEYS then provided the user name and password, as well as instructions and guidance, to members of the group Anonymous with the intent of causing harm and financial damage to the media properties of Tribune Media, including the LA Times, based in Los Angeles.

**H.   KEYS Currently Resides at the SUBJECT PREMISES,**

   <u>**Along With Evidence and Instrumentalities of His Crimes**</u>

33.     On February 7, 2012, FBI investigators confirmed with United States Postal Inspector Michael Chavez that, on January 18, 2012, MATTHEW KEYS filed a change of address request with the United States Postal Service, giving his new address as 5123 Riverside Station Blvd, Secaucus, NJ 07094.

34.     I have also read posts by KEYS on his web page, producermatthew.com, in which he stated he was moving to New York from California in January of 2012.

35.     On October 2, 2012, Newark-based FBI agents confirmed that KEYS initially resided at 5123 Riverside Station Blvd, Secaucus, NJ 07094, but recently moved to unit 5201 in the same complex – the SUBJECT PREMISES.

36.     Furthermore, I have probable cause to believe that the evidence and instrumentalities of the Specified Federal Offenses can be found on the computer(s) and/or digital media used by MATTHEW KEYS and located at the SUBJECT PREMISES.   The bases for my belief are as follows: (1) as described above, there is probable cause to believe that KEYS participated in committing the Specified Federal Offenses; (2) evidence of the Specified Federal Offenses, including the chat logs discussed in paragraph 21 (*see also* Exhibits A and B attached hereto) was retained on KEYS's computer as recently as March 6, 2012, post-dating his move from Sacramento, California to Secaucus, New Jersey; (3) KEYS presently maintains the website www.producermatthew.com, on which he has stated that he actively monitors the Internet and updates his website from his residence; (4) based upon my training and experience, and the investigation to date, I know that KEYS is proficient with computers and related technology, and

MK000105

that individuals such as KEYS generally retain their computers and attendant digital media when moving from one residence to another; and (5) based on my training and experience, I am aware that data, even if deleted, will remain on a computer until overwritten.   Finally, there is probable cause to believe that KEYS maintains data from his interaction with members of Anonymous at the SUBJECT PREMISES because he regards this as an accomplishment that he wants to publish and receive credit for in the future.   Tellingly, his web blog, www.producermatthew.com, is still active and contains stories going back to May 2010, including stories about Anonymous from approximately December 2010.

### SEARCHES AND SEIZURES OF COMPUTER SYSTEMS

37.      Based upon my training and experience and information related to me by agents and others involved in the forensic examination of computers, I know that computer data can be stored on a variety of systems and storage devices including hard disk drives, floppy disks, compact disks, magnetic tapes and memory chips.   I also know that during the search of the premises it is not always possible to search computer equipment and storage devices for data for a number of reasons, including the following:

      a.      Searching computer systems is a highly technical process which requires specific expertise and specialized equipment.   There are so many types of computer hardware and software in use today that it is impossible to bring to the search site all of the necessary technical manuals and specialized equipment necessary to conduct a thorough search.   In addition, it may also be necessary to consult with computer personnel who have specific expertise in the type of computer, software application or operating system that is being searched.

MK000106

b.      Searching computer systems requires the use of precise, scientific procedures which are designed to maintain the integrity of the evidence and to recover "hidden," erased, compressed, encrypted or password-protected data. Computer hardware and storage devices may contain "booby traps" that destroy or alter data if certain procedures are not scrupulously followed.   Since computer data is particularly vulnerable to inadvertent or intentional modification or destruction, a controlled environment, such as a law enforcement laboratory, is essential to conducting a complete and accurate analysis of the equipment and storage devices from which the data will be extracted.

c.      The volume of data stored on many computer systems and storage devices will typically be so large that it will be highly impractical to search for data during the execution of the physical search of the premises.   A single megabyte of storage space is the equivalent of 500 double-spaced pages of text.   A single gigabyte of storage space, or 1,000 megabytes, is the equivalent of 500,000 double-spaced pages of text.   Storage devices capable of storing 500 gigabytes (GB) of data are now commonplace in desktop computers.   Consequently, each non-networked, desktop computer found during a search can easily contain the equivalent of 250 million pages of data, which, if printed out, would result in a stack of paper over ten miles high.   Further, a 500 GB drive could contain as many as approximately 250 full run movies or 450,000 songs.

d.      Computer users can attempt to conceal data within computer equipment and storage devices through a number of methods, including the use of innocuous or misleading filenames and extensions.   For example, files with the extension ".jpg"

MK000107

often are image files; however, a user can easily change the extension to ".txt" to conceal the image and make it appear that the file contains text. Computer users can also attempt to conceal data by using encryption, which means that a password or device, such as a "dongle" or "keycard," is necessary to decrypt the data into readable form. In addition, computer users can conceal data within another seemingly unrelated and innocuous file in a process called "steganography." For example, by using steganography a computer user can conceal text in an image file which cannot be viewed when the image file is opened. Therefore, a substantial amount of time is necessary to extract and sort through data that is concealed or encrypted to determine whether it is evidence, contraband or instrumentalities of a crime.

### Items to be Seized

38.    In light of these concerns, I hereby request the Court's permission to search, copy, image and seize the computer hardware (and associated peripherals) that are believed to contain some or all of the evidence described in this warrant, and to conduct an off-site search of the image or hardware for evidence and instrumentalities of the Specified Federal Offenses in whatever form evidence, including:

   a.    Records relating to unauthorized computer access and/or computer intrusions including attacks on the Tribune Media Co. server located in Los Angeles California for the period December 1, 2010 to the present;

   b.    Records related to the trafficking in usernames and passwords;

   c.    Records relating to:

      i.   foxmulder4099@yahoo.co.uk

    ii.  cybertroll69x@hotmail.com

   iii.  walterskinner5099@Yahoo.co.uk

    iv.  cancerman4099@yahoo.co.uk

     v.  fox40truthers@gmail.com

    vi.  dudenudeguy@gmail.com

   vii.  The X-Files

  viii.  AESCracked

    ix.  Sabu

     x.  Kayla

    xi.  Sharpie

   xii.  Switch

  xiii.  Blergh

  xiv.  N3ot0xin

   xv.  Chronom

  xvi.  Rand0m

 xvii.  Pellsson

xviii.  Tred

  xix.  Garrett

   xx.  Tflow

  xxi.  Arseface

d.     In order to search for the items described above that may be maintained in electronic media, law enforcement personnel seek authorization to search, copy, image and seize the following items for offsite review:

MK000109

MKP-0000083

i.  Any computer equipment or digital devices belonging to MATTHEW KEYS that are capable of being used to commit the Specified Federal Offenses, or to create, access, or store evidence, or instrumentalities of such crimes, as set forth in Attachment B;

ii. Any computer equipment or digital devices belonging to MATTHEW KEYS used to facilitate the transmission, creation, display, encoding, or storage of data, including word processing equipment, modems, docking stations, monitors, printers, plotters, encryption devices, and optical scanners that belong to KEYS and are capable of being used to commit or further the crimes outlined above, or to create, access, process, or store evidence and instrumentalities of such crimes, as set forth in Attachment B;

iii. Any magnetic, electronic, or optical storage device capable of storing data, such as floppy disks, hard disks, tapes, CD-ROMs, CD-Rs, CD-RWs, DVDs, optical disks, printer or memory buffers, smart cards, PC cards, memory calculators, electronic dialers, electronic notebooks, personal digital assistants, and cell phones belonging to MATTHEW KEYS that are capable of being used to commit or further the crimes outlined above, or to create, access, or store evidence and instrumentalities of such crimes, as set forth in Attachment B;

iv. Any documentation, operating logs, and reference manuals regarding the operation of the computer equipment, storage devices, or software belonging to MATTHEW KEYS;

v.  Any applications, utility programs, compilers, interpreters, and other

MK000110

MKP-0000084

software belonging to MATTHEW KEYS used to facilitate direct or indirect communication with the computer hardware, storage devices, or data belonging to KEYS to be searched;

vi. Any physical keys, encryption devices, dongles, or similar physical items belonging to MATTHEW KEYS which are necessary to gain access to KEYS's computer equipment, storage devices, or data;

vii. Any passwords, password files, test keys, encryption codes, or other information belonging to MATTHEW KEYS necessary to access the computer equipment, storage devices, or data; and

viii. All records, documents, programs, applications, or materials created, modified, or stored in any form, including in digital form, on any computer or digital device belonging to MATTHEW KEYS, that show the actual user(s) of the computers or digital devices during any time period in which the device was used to commit the crimes referenced above, including the web browser's history; temporary Internet files; cookies, bookmarked, or favorite web pages; email addresses used from the computer; MAC IDs and/or Internet Protocol addresses used by the computer; email, instant messages, and other electronic communications; address books; contact lists; records of social networking and online service usage; and software that would allow others to control the digital device such as viruses, Trojan horses, and other forms of malicious software (or alternatively, the lack of software that would allow others to control the digital device).

ix. All records, documents, programs, applications, or materials created,

modified, or stored in any form, including in digital form, on any computer or digital device belonging to MATTHEW KEYS, that show evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the computer or digital device.

x.   All records, documents, programs, applications, or materials created, modified, or stored in any form, including in digital form, on any computer or digital device belonging to MATTHEW KEYS, that show contextual information necessary to understand the evidence, contraband, fruits, or instrumentalities described in Attachment B.

## CONCLUSION

39.   I submit that this affidavit supports probable cause for a warrant to search the SUBJECT PREMISES described in Attachment A and seize the items described in Attachment B.

Respectfully submitted,

Gabriel Andrews, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
on October 3, 2012:

HONORABLE MICHAEL A. HAMMER
UNITED STATES MAGISTRATE JUDGE

MKP-0000086

Exhibit A



During my observance of Anonymous/LulzSec hackers in a chat room called "InternetFeds," hacker Kayla claimed to have obtained data stolen form a server associated with the CERN nuclear research facility. Log recorded December 22, 2010.

#kayla   #anonymous   #dabu   #internetfeds   #hackers   #news

Exhibit B



Internetfeds (

Mark   Clear   🔍 Search Messages
Search

Welcome. We are the Internet feds. Everything that is shared here is private and must remain in this channel unless stated otherwise.

| | | |
|---|---|---|
| | I looks around | 12:55pm |
| | Wow, things got quiet fast. | 12:55pm |
| kayla: | oh i jst seen the others in #operationpayback talking about the LHC and CERN | 12:57pm |
| kayla: | someone showed me theis the other day i couldn't stop laughing | 12:57pm |
| kayla: | http://lhcc.web.cern.ch/lhcc/control/vacuum.php?sector=/../../control/vacuum.php&00 | 12:57pm |
| kayla: | LFI on CERN xD | 12:58pm |
| | LOLs. | 12:56pm |
| | Their website has no pictures :/ | 12:58pm |
| | I pokes Kayla | 1:03pm |
| kayla: | :3? | 1:03pm |
| | Ohai | 1:03pm |
| | :D | 1:03pm |
| | I dunno I'm bored and nobody's talking in here. | 1:04pm |
| | Wait, that LFI doesn't make sense :S | 1:04pm |
| | It goes 3 directories up... | 1:05pm |
| | Oh, nevermind | 1:06pm |
| | The script is at D:\WWWRoot\HCC\control\vacuum.php | 1:06pm |
| | So what does that do          / Kayla? | 1:07pm |
| | Ohshi-- | 1:10pm |
| kayla: | you can basically use it to read any file from the server | 1:10pm |
| | How? | 1:10pm |
| | hears loud explosion from Switzerland | 1:10pm |
| kayla: | if there's mysql/mssql config file you can get passwords from them and dump their database | 1:10pm |
| kayla: | it's just finding them | 1:10pm |
| | It's a Local File Inclusion vuln, AES | 1:11pm |

OperationPayback
413 members

**Exhibit C**

**#Target**

    Dec 08 20:53:13 <AESCracked>
    if you want to attack fox news, pm me. i have a user/password for their cms

    Dec 08 20:53:35 <AESCracked>
    *pm me for fox news password into their cms*

**#OperationPayback**

    Dec 08 20:43:15 <AESCracked>
    If you're interested in hacking a FOX News site, I have a user/pass to the backend
    CMS for FOX40.com

    Dec 08 20:44:47 <sharpie>
    AESCracked: srs?

    ...

    Dec 09 07:54:17 <AESCracked>
    I've already given Ops the user/pass to several FOX websites.

    Dec 09 07:54:22 <AESCracked>
    The backend of their CMS.

    Dec 09 08:41:24 <AESCracked>
    Members of the media: I am a former journalist.

    ...

    Dec 10 21:40:28 *
    AESCracked wants us to target FOXNews.com

    Dec 10 21:41:12 *
    AESCracked suggests targeting FOX News

    Dec 10 21:41:29 <anon73858>
    never the media

    Dec 10 21:41:45 <AESCracked>
    FOX News is not "media"

    Dec 10 21:43:58 <AESCracked>
    FOX News is not media. it's "infotainment" for inbreds. I say we target them.

MK000115

MKP-0000089

Dec 10 21:44:18 <mek>
AESCracked, you're correct, but people percieve them to be media, and that would be
very bad for us

Dec 10 21:45:10 *
AESCracked suggests FOX News

...

Dec 11 01:56:40 <AESCracked>
No target at the moment?

...

Dec 14 02:25:11 <AESCracked>
Mission accomplished? Is Operation Payback over?

Dec 14 15:29:50 <AESCracked>
Anyone interested in defacing FOX, LA Times?
Dec 14 15:29:55 <Raphael>
no media

Dec 14 15:29:58 <n3ot0xin>
yes AES

Dec 14 15:30:07 <rand0m>
lol ... AESCracker ... you little angry man

Dec 14 15:30:08 <AESCracked>
I have users/pass into their CMS.

...

Dec 14 16:44:37 <AESCracked>
Anonymous hackers preparing for arrests?

Dec 14 16:44:37 <AESCracked>
Are we going to be arrested?

...

Dec 19 16:10:50 <AESCracked>
Anyone want to buy an email list?
...

Dec 20 19:57:10 <AESCracked>
Adrian Lamo is gay.

Dec 20 19:57:13 <AESCracked>
Look, I know the guy personally.

Dec 20 19:57:15 <AESCracked>
...he's gay.

Dec 20 19:57:40 <blackflag>
so are you?

Dec 20 19:57:46 <AESCracked>
I'm gay, yes.

Dec 20 19:57:56 <blergh>
ha-ha!

Dec 20 19:57:57 <AESCracked>
And not as a joke either, haha.

## #internetfeds

Dec 08 20:55:12 <Sabu>
that would be nice to get access to fox. let me know if I can get access. I want to see if I can get further in.

Dec 08 20:56:23 <sharpie>
I asked him not to mention it in main again

Dec 08 20:56:53 <sharpie>
I was already talking to him

Dec 08 20:57:19 <sharpie>
[01:58] <AESCracked>   it takes a while to grant one username permission to every site.

Dec 08 20:57:21 <sharpie>
[01:58] <AESCracked>   i'm doing that now.

Dec 08 20:57:19 <Sabu>
great

Dec 08 20:58:24 <Switch>

MK000117

MKP-0000091

I'm talking to him too, why can't we just invite him here?

Dec 08 20:58:24 <sharpie>
[01:59] <AESCracked>   in the meantime, these are the urls to access their cms.

Dec 08 20:58:26 <sharpie>
[01:59] <AESCracked>   http://assembler.tribuneinteractive.com

Dec 08 20:58:33 <sharpie>
okay

Dec 08 20:58:53 *
Switch invited AESCracked into the channel.

Dec 08 20:59:12 <sharpie>
oh switch already did

Dec 08 20:59:20 <AESCracked>
i'm not a hacker.

Dec 08 20:59:23 <AESCracked>
i'm an ex-employee

Dec 08 20:59:25 <sharpie>
[02:00] <AESCracked>   that is known as "oxygen/assembler." it is their old cms. you
can publish content, change user settings, all sortsof shit.

Dec 08 20:59:27 <sharpie>
[02:00] <AESCracked>   http://p2p.tribuneinteractive.com

Dec 08 20:59:28 <sharpie>
[02:00] <AESCracked> that is their wysiwyg website builder/content publisher. also
controls their user-generated content where available.

Dec 08 20:59:30 <sharpie>
yeah

Dec 08 20:59:35 <AESCracked>
finally, this is their video cms

Dec 08 20:59:40 <AESCracked>
http://vidauth.tribune.com

Dec 08 20:59:48 <Sabu>
hi AESCracked.

Dec 08 20:59:51 <AESCracked>
is this where i should put the superuser username and passcode?

Dec 08 20:59:54 <AESCracked>
hi sabu

Dec 08 21:00:30 <sharpie>
http://assembler.tribuneinteractive.com

Dec 08 21:00:31 <sharpie>
 http://p2p.tribuneinteractive.com

Dec 08 21:00:33 <sharpie>
http://vidauth.tribune.com

Dec 08 21:00:38 <sharpie>
yeah AESCracked

Dec 08 21:00:44 <AESCracked>
yes, those are the three cms that this user/pass gives access to

Dec 08 21:00:47 <AESCracked>
user: anon1234

Dec 08 21:00:50 <AESCracked>
pass: common2

Dec 08 21:01:23 <AESCracked>
go fuck some shit up!

Dec 08 21:01:29 <sharpie>
thanks very much

Dec 08 21:01:32 <sabu>
AESCracked: thank you.

Dec 08 21:01:45 <Sabu>
AESCracked: question; do you have access to their internal servers? filesystems?

Dec 08 21:01:52 <AESCracked>
i do not.

Dec 08 21:02:10 <Sabu>
AESCracked: ok. what about email server? do they use webmail/exchange/anything

interesting?

Dec 08 21:02:26 <AESCracked>
they have microsoft exchange.

Dec 08 21:02:42 <Chronom>
AESCracked, can you paste everything here?
http://internetfeds.prvt.org:9000/tz24eSD8Lc

Dec 08 21:02:45 <AESCracked>
i have vpn ip addresses if that helps?

Dec 08 21:03:00 <Sabu>
AESCracked: do you have access into their vpn?

Dec 08 21:03:05 <AESCracked>
not anymore.

Dec 08 21:03:08 <AESCracked>
ex employee remember?

Dec 08 21:03:54 <Sabu> AESCracked: understood. does not hurt ot ask :)

Dec 08 21:04:37 <AESCracked>
i just typed in that pad link you sent me.

Dec 08 21:04:47 <AESCracked>
does the text autosave or do i need to press something to save it?

Dec 08 21:05:02 <Sabu>
autosaves

Dec 08 21:05:26 <sharpie>
fuck

Dec 08 21:05:30 <sharpie>
we're in

Dec 08 21:05:34 <sharpie>
thanks bro

Dec 08 21:05:55 <AESCracked>
if you want the largest impact:

Dec 08 21:06:18 <AESCracked>

target the chicago tribune, the los angeles times, wpix, ktla, kcpq, ktxl, wgn-tv, antenna
tv

Dec 08 21:06:39 <Kayla>
stick a big fucking Operation Payback logo on it

Dec 08 21:06:45 <AESCracked>
also, tribune wises up. they deleted a superuser account of mine two weeks after it was
created. they're not the fastest bunch, but they're close.

Dec 08 21:06:57 <AESCracked>
oh, and any station in connectic.

Dec 08 21:07:02 <AESCracked>
wtic, hartford courant...

Dec 08 21:07:10 <AESCracked>
those are tribune's bread and butter assets.

Dec 08 21:07:41 <AESCracked>
but if you want to make the largest impact, the ones to target: chicago tribune, la
times, ktla, ktxl, and wpix

Dec 08 21:07:50  <Chronom>
AESCracked, can you post that foxnews stuff too to the pad?

Dec 08 21:08:08 <AESCracked>
i don't have access to foxnes.com -- they're a separate company.

Dec 08 21:08:20 <AESCracked>
just local fox affiliates. smaller, fox-owned tv stations and tribune newspapers in
america.

Dec 08 21:08:38 <Chronom>
Sorry, I meant fox40

Dec 08 21:08:53 <AESCracked>
oh fox40 is a part of the tribune company.

Dec 08 21:09:06 <Chronom>
so those logins will be for everything?

Dec 08 21:09:27 <AESCracked>
yes

Dec 08 21:09:30 <AESCracked>
absolutely

Dec 08 21:09:31 <AESCracked>
http://en.wikipedia.org/wiki/Tribune_Broadcasting

Dec 08 21:09:37 <AESCracked>
that's a list of their stations. note the ones that say "fox" next to them.

Dec 08 21:09:50 <Sabu>
I am looking through these accounts. anon1234 stands out like a sore thumb. we
need to blend in better amongst these other users

Dec 08 21:10:23 <AESCracked>
okay. create a fictitious name then.

Dec 08 21:10:54 <AESCracked>
if you're on the assembler site, scroll down on the left to "user preferences." click on
that, then click "edit users"

Dec 08 21:11:16 <AESCracked>
when it says "find user," type "anon1234" into username then click "find"

Dec 08 21:11:19 <Sabu>
AESCracked: working on it mate. gracias :)

Dec 08 21:14:04 <AESCracked>
i'm looking through my manuals, trying to see if i can find other stuff

Dec 08 21:19:35 <Sabu>
AESCracked: we're poking around. I'm honestly looking for a way into the server.

Dec 08 21:39:23 <AESCracked>
what's the govt passwords for? what lulz will be unleashed soon? or is that for me to
not know? :P

Dec 08 21:40:04 <kayla>
how di dyou know about the gov passwords?

Dec 08 21:41:29 <Sabu>
kayla: because he/she looked at the pad.

Dec 08 21:41:30 <AESCracked>
it says "govt passwords / tribune passwords"

MKP-0000096

Dec 08 21:41:59 <Chronom>
dw, the gov passwords haven't been posted ont he pad yet.

Dec 08 21:43:23 <AESCracked>
they were posted. i saw them
Dec 08 21:43:31 <AESCracked>
what are they for?

Dec 08 21:46:06 <AESCracked>
okay i can see that was a bad question to ask.

Dec 08 21:46:19 <Switch>
what are what for?

Dec 08 21:46:30 <AESCracked>
the passwords! i want in on the fun

Dec 08 21:46:47 <kayla>
AESCracked: it is for very rainy day :D

Dec 08 21:46:52 <AESCracked>
haha

Dec 08 21:46:56 <AESCracked>
but what are they forrrrrr?

Dec 08 21:47:28 <kayla>
Well... they are potential access to gov accounts, the rest is your imagination

Dec 08 21:48:10 <AESCracked>
oh just potential. that's not as sexy.

Dec 08 21:48:28 <Sabu>
AESCracked: research. the same purpose the access you gave us is for.

Dec 08 21:49:50 <AESCracked>
also, i did not give you those passwords for "research." i want you to fuck shit up.

Dec 08 21:50:22 <Chronom>
first we have to extract as much as possible, see if we can actually root the server

Dec 08 21:50:32 <Chronom>
if we root the server, we can extract their emails - more lulz

Dec 08 21:50:59 <kayla>

MK000123

MKP-0000097

are you able to upload to the server via one of those accounts?

Dec 08 21:51:10 <kayla>
or adit pages and includ php script?

Dec 08 21:51:15 <kayla>
edit*

Dec 08 21:52:01 <kayla>
stick a php command ececutiion shell on there and let me smack it with 0day :D:D

Dec 08 21:52:27 <Sabu>
well it'll have to be a jsp shell, as the backend is jsp/java.

Dec 08 21:52:43 <Chronom>
do jsp shells exist :P

Dec 08 21:52:48 <Sabu>
yes they do

Dec 08 21:52:52 <Sabu>
I got one here

Dec 08 21:53:28 <AESCracked>
http://media.trb.com is where their images and other shit is hosted.

Dec 08 21:55:27 <pellsson>
@jsp there is some hack to execute php from jsp (if php is installed that is ;))

Dec 08 21:55:33 <AESCracked>
everything on their intranet is .trb

Dec 08 21:55:35 <AESCracked>
triblink.trb

Dec 08 21:55:46 <AESCracked>
afdi.trb

Dec 08 21:55:46 <AESCracked>
so if you see something that ends in .trb, that's their intranet shit.

Dec 08 22:00:02 <AESCracked>
so i'm guessing you didn't see the link that said "edit web servers?"

Dec 08 22:01:52 <AESCracked>

MKP-0000098

it has dns names and doc roots and a ton of other shit.

Dec 08 22:03:08 <Sabu>
thats on the tribune cms?

Dec 08 22:03:11 <AESCracked>
yes.

Dec 08 22:03:17 <AESCracked>
go to http://assembler.tribuneinteractive.com

Dec 08 22:03:18 <AESCracked>
log in.

Dec 08 22:03:36 <AESCracked>
under "superuser," scroll down to "oontent support tables" and click "edit web servers"

Dec 08 22:03:43 <AESCracked>
..."superuser" is on the left.

Dec 08 22:03:59 <AESCracked>
sorry, to clarify...click on "superuser" then scroll down to "content support tables"

Dec 08 22:05:21 <Sabu>
nice I see that

Dec 08 22:05:23 <Sabu>
good info to have

Dec 08 22:07:08 <AESCracked>
here is a manual

Dec 08 22:07:08 <AESCracked>
https://assembler.tribuneinteractive.com/docs/
Dec 08 22:07:27 <Sabu>
reading up on it

Dec 08 22:07:28 <Sabu>
niceee

Dec 08 22:10:01 <AESCracked>
just added the manual linkto the pad

Dec 08 22:14:36 <pellsson>

MK000125

MKP-0000099

Sabu:whats your quest? defacing or uid0?

Dec 08 22:14:50 <Sabu>
uid0 is the name of my game

Dec 08 22:15:10 <pellsson>
mmm, the only game worth playing :)

Dec 08 22:15:23 <pellsson>
is the os known?

Dec 08 22:16:04 <Sabu>
linux box running jsp/tomcat

...

Dec 09 18:33:57 <AESCracked>
Yet another reason the Times must be demolished.

Dec 09 18:33:57 <AESCracked>
http://latimesblogs.latimes.com/the_big_picture/2010/12/why-the-wikileakers-are
-not-quite-rosa-parks.html

...

Dec 12 20:39:17 <kayla>
Now what i want to know is how this
http://livenewswire.tumblr.com/post/2193187908/actual-passwords-have-been-re
dacted-government

Dec 12 20:39:19 <kayla>
happened

Dec 12 20:39:42 <kayla>
it was someone in here i have my ideas and i'd rather them tell me wtf is going on

Dec 12 20:40:17 <kayla>
that txt file was only posted in here

Dec 12 20:50:01 <AESCracked>
wtf??

...

Dec 19 17:31:37 <AESCracked>

In full disclosure: I own a Mac, but I most certainly do not own that brand of printer.

Dec 19 17:33:10 <AESCracked>
Maybe we're looking at this the wrong way.

Dec 19 17:33:19 <AESCracked>
What if someone gave PBS the link and they printed it off a Mac using that kind of printer?

Dec 19 17:38:01 <Chronom>
has anyone from pbs news ever came to this network?

Dec 19 17:38:10 <Chronom>
i.e. in #reporters

Dec 19 17:38:13 <AESCracked>
I don't think I've seen anyone

...

Dec 20 20:01:06 <owen>
but im a USfag

Dec 20 20:01:11 <owen>
you?

Dec 20 20:01:17 <AESCracked>
I'm a USfag

Dec 20 20:01:23 <AESCracked>
West Coast represent

Dec 20 20:01:24 *
owen perks

Dec 20 20:01:27 <owen>
oh

Dec 20 20:01:30 <owen>
midwest

Dec 20 20:02:04 <AESCracked>
Travel to where I am :D

Dec 20 20:02:18 <owen>
sweet

...

Dec 20 20:16:43 <AESCracked>
I'm somwhat cute, but not hawt.

Dec 20 20:16:53 <AESCracked>
I has golden brown hair, brown eyes...

Dec 20 20:16:57 <AESCracked>
White guy...

...

Jan 05 20:21:41 <kayla>
so you think he gonna start media dumping?

Jan 05 20:21:52 <Tred>
<Tred> okay. So you grown a coscience, fine, feel free to do what you wish, but it's gonna be a boomerang

Jan 05 20:21:52 <Tred>
<AESCracked> Boomerangs don't always return to the thrower.

Jan 05 20:21:52 <Tred>
<Tred> this one will

Jan 05 20:21:52 <Tred>
<Tred> you've been part of this operation

Jan 05 20:21:53 <Tred>
<Tred> and internetfeds recently discoreved good things for #optunisia

Jan 05 20:21:55 <Tred>
<Tred> gov stealing passowrds, now ppl know, and that's a good thing

Jan 05 20:21:57 <Tred>
<AESCracked> I've never been part of the operation.

Jan 05 20:21:59 <Tred>
<AESCracked> Just a lurker ;)

Jan 05 20:22:01 <Tred>

MK000128

<AESCracked> Nice try though.

Jan 05 20:22:03 <Tred>
<Tred> all the information you got is wrong

Jan 05 20:22:05 <Tred>
<Tred> internetfeds never hacked gawker

Jan 05 20:22:07 <Tred>
<Tred> an we don't like ppl like you lurking here without contribue

Jan 05 20:22:09 <Tred>
<AESCracked> You think you have me all figured out :)

Jan 05 20:22:11 <Tred>
* AESCracked has quit (User has been permanently banned from AnonOPs.net
(Never forget, things can be a boomerang.))

Jan 05 20:22:20 <Tred>
fucking idiot

Jan 05 20:23:10 <Sabu>
yeah total douch

Jan 05 20:23:12 <Sabu>
thanks tred.

Jan 05 20:23:16 <Tred>
:)

Jan 05 20:24:37 <Sabu>
hes online again

Jan 05 20:24:38 <kayla>
02:18 <kayla> i thought we were friends? just because you n tflow had a tiff doesn't
mean you have to be like this thats just selfish i thought you were moe mature thn
tht

Jan 05 20:24:44 <kayla>
02:18 <AESCracked> We are friends. And friends stand up for each other. I've
stood up for you a few times.

Jan 05 20:24:47 <kayla>
02:18 <AESCracked> You probably didn't know it though.

MK000129

MKP-0000103

Jan 05 20:24:50 <kayla>
02:19 <AESCracked> And like I told tflow, I've been trying to screw over one of the leaks fro about a week now because I felt it was more important to be loyal to you and to everyone else in that room.

Jan 05 20:24:56 <kayla>
02:21 <kayla> how do you mean you stood up for me?

Jan 05 20:24:58 <kayla>
02:22 <AESCracked> You pull off some crazy stuff. But don't make the mistake of thinking that makes you liked by everyone. I think some people needed to remember their place.

Jan 05 20:25:04 <kayla>
02:24 <kayla> i dont get what you're saying?

Jan 05 20:25:07 <kayla>
02:24 <AESCracked> It doesn't matter kayla.

Jan 05 20:25:09 <kayla>
02:24 <kayla> it does because now i feel like your pissed at me for something i have no control over

Jan 05 20:25:13 <kayla>
02:24 <kayla> and thts not fair

Jan 05 20:25:15 <kayla>
02:25 <AESCracked> I'm not pissed at you at all.

Jan 05 20:25:18 <kayla>
02:25 <AESCracked> I'm disappointed by how the whole situation turned out.

Jan 05 20:25:20 <kayla>
02:25 <AESCracked> And I'm worried for you and for a handful of the feds because I know about shit that's going to go down and I know who is in charge of pulling the trigger.

Jan 05 20:25:26 <kayla>
02:26 <AESCracked> It disappoints me because there was a good chunk of time when I didn't fit in anywhere, and finally I fit in somewhere, even if it was among a group of renegade criminals. You guys were funny and smart and very patient even though I'm internet dumb. And then this happens and it sucks balls.

Jan 05 20:25:35 <kayla>
02:29 <kayla> what's going to go down?

Jan 05 20:25:38 <kayla>
02:59 <AESCracked> Don't worry about it. You'll know when it happens.

Jan 05 20:25:40 <kayla>
03:05 <kayla> i wont

Jan 05 20:25:43 <kayla>
lol he not know tht i been doing what i do for a long time and i've been reported to
ic3 more times than i've had hot dinners

Jan 05 20:25:46 <kayla> im not so easily dox'd/v&

Jan 05 20:26:50 <garrett>
same

Jan 05 20:26:51 <garrett>
lol

Jan 05 20:26:53 <garrett>
who is this clown

Jan 05 20:27:01 <tflow>
i genuinly believe that he could very well be the person who leaked the government
emails

Jan 05 20:27:02 <Sabu>
hes trolling

Jan 05 20:27:25 <garrett>
i dont have enough packets to throw

Jan 05 20:27:41 <tflow>
Only like 4 people ever saw that pad

Jan 05 20:27:51 <tflow>
And who else would fully report it to the media?..

Jan 05 20:28:08 <tflow>
and it kinda proves it further by the fact he's threatening to leak more right now

Jan 05 20:28:48 <Sabu>
yup

Jan 05 20:29:08 <kayla>

MK000131

meh :D

Jan 05 20:29:11 <kayla>
dramaz

Jan 05 20:29:21 <kayla>
*doesn't care* \:3/

Jan 05 20:29:35 <Tred>
* ***Notice -- Client connecting at belldandy.anonops.ru:A2SCracked
(A2SCracked@75-53-171-204.lightspeed.nscrca.sbcglobal.net)

Jan 05 20:29:35 <tflow>
well the only thing I care about is if there's traitors here

Jan 05 20:29:50 <kayla>
75-53-171-204.ightspeed.nscrca.sbcglobal.net
Jan 05 20:29:59 <tflow>
haha

Jan 05 20:29:59 <kl0ps>
*free hugs* \o/

Jan 05 20:30:00 <kayla>
that's a real ISP :D/


In the following transcripts, the timestamps were converted from Unix code to a readable format:

**AESCracked.txt**

12/21/10 1:32 AM UTC <AESCracked>
I has nudes! :S

12/21/10 1:32 AM UTC <owen>
i want!!

12/21/10 1:32 AM UTC <AESCracked>
ORLY? :)

12/21/10 1:32 AM UTC <owen>
anon51213@gmail.com

12/21/10 1:33 AM UTC <AESCracked>

I should set up an anon gmail.

**#operationBOA**

Dec 27 02:08:18 <AESCracked>
Why don't you people read the goddamn topic?!

Dec 27 02:08:23 <AESCracked>
It tells you when we're going to attack

...

Dec 27 13:45:03 <AESCracked>
Bank of America UP in West Coast

**localhost-tflow.log**

Jan 05 19:18:11 <tflow>
hey

Jan 05 19:18:18 <owen>
hi

Jan 05 19:18:31 <tflow>
Can you give us the IP of AESCracked?

Jan 05 19:18:38 <tflow>
He's a leaker of #internetfeds

Jan 05 19:18:42 <tflow>
He's been leaking shit

Jan 05 19:18:50 *
[AESCracked] (~AESCracked@my.vhost):AESCracked
[AESCracked] is using modes +iwrxt
[AESCracked] is connecting from *@78.129.220.46 78.129.220.46
[AESCracked] is a registered nick
[AESCracked] ?#reporter ~#raeproom #OperationPayback
[AESCracked] vendetta.instant-panic.com :AnonOps IRC Network
[aescracked] End of WHOIS list.

Jan 05 19:18:53 <tflow>
A traitor all along

MK000133

MKP-0000107

Jan 05 19:19:16 <owen>
i have an email addy fro him too

Jan 05 19:20:40 <owen>
dudenudeguy@gmail.com

MK000134

MKP-0000108