UNCLASSIFIED

FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE     **Date:** 2/14/2011

**To:** Sacramento

**From:** Sacramento
CY-1
**Contact:** SA John M. Cauthen

**Approved By:** Osborne Tom F

**Drafted By:** Cauthen John M:jmc 045jmc02.ec

**Case ID #:** 288A-SC-44639     (Pending)

**Title:** Matthew Keys;
Foxnews.com -Victim;
CIP Matthew Keyes;

**Synopsis:** Summarize investigation to date.

**Details:** On about 12/01/2010,    KTXL FOX40 located at 4655 Fruitridge Rd., Sacramento CA 95820 learned it's e-mail contact list had been exfiltrated from the company's server in Los Angeles called P2P.    Brandon Mercer, the station news producer started receiving emails from person(s) who had the email list.

The first e-mail to Mercer was dated 12/01/2010 and was sent by foxmulder4099@yahoo.co.uk. The message subject was "Santas Lap." The message suggested the writer had obtained e-mail addresses of Fox40 customers. Several e-mails were provided as proof of this claim.    On the same date, an e-mail exchange was established between the person purporting to be Fox Mulder, referred below as "the subject," and Fox 40 news employee Brandon Mercer.    A message dated 12/01/2010 at approximate 6:23 PM (Pacific time) indicated an originating IP address of 178.73.198.66 as determined by message header information. This IP address resolved to a location in Sweden.

Several other e-mails were exchanged between Mercer and the subject on 12/2/2010. These messages carried this same theme of disparaging remarks about Fox 40 business practices.    As determined by header information, SA Cauthen noted the following originating IP addresses: 178.73.198.66 (an Internet search revealed that this IP address resolved to Sweden. Other IP addresses included 212.82.108.124 (Dublin Ireland), 189.1.169.40 (Brazil).

One of the e-mails sent to Mercer appeared contain a forwarded message purportedly sent from Joseph Huerta, a legitimate FOX40 employee, using e-mail address cybertroll69x@hotmail.com to foxmulder4099@Yahoo.co.UK. This message referred to Matthew Keys. Specifically, the message appeared to be from Joseph Huerta and indicated that Matthew Keys and foxmulder4099 were one in the same. (The real Joseph Huerta, on that same date, sent an e-mail to Mercer indicating that he had nothing to do with the e-mail that was sent from "Fox Mulder.")

It appears the subject created a fake e-mail account called cybertroll69x@hotmail.com and pretended to be Joseph Huerta.    As further discussed below, the subject later sent an e-mail using the name "Cancer Man" to Mercer and

UNCLASSIFIED

MK035861

MKP-0035766

To:   Sacramento    From: Sacramento
Re:   288A-SC-44639, 12/11/2011

included an attachment image called "cyber bullying." This image appeared to have originated from Joseph Huerta's Facebook page. (In order to obtain this image, the subject would have had to visit Huerta's Facebook page.)

cybertroll69x was registered by someone purporting to be Matt Keys of California, ZIP code 95824.

(FBI Note:   According to Mercer, Matthew Keys resides at 3381 Shadow Tree Dr., Apartment 327, Sacramento, CA 95834.   This address is in the Sacramento area on the northwest side of town.   The ZIP code 95824 is located in the Sacramento area on the south side of town.)

cybertroll69x@hotmail.com was activated on 12/02/2010 and accessed again on this date only once.  The IP address used to access this account was 98.208.49.74 which resolves to Comcast. This IP geolocates to the Sacramento, California region.

The name Matthew Keys also surfaced in an email from the subject using the name "Cancer Man" further described below.
On 12/3/2010, FOX40 News received an email from the subject with the subject line "Re: Donating."   The e-mail said "watch yourselves fox 40" and contained a forwarded e-mail which had been sent from the American Cancer Society to "Cancer Man." The e-mail appeared response from the American Cancer Society to Cancer Man.   Based on the response, it appeared the person purporting to be Cancer Man had sent an e-mail to the American Cancer Society from the e-mail address cancerman4099@yahoo.co.uk and provided a contact name of Matthew Keys.

(FBI Note: Given the effort to hide the identity of the sender via the use of fake e-mails and proxy servers, it seems incongruous for the subject, if it is indeed Matthew Keys, to send out an e-mail identifying himself by name.)

On the evening of 12/2/2010, the subject began to use a new e-mail address and a new name. The name was Cancer Man and the e-mail address was cancerman4099@yahoo.co.uk.

Originating IP's, based on message header information, were as follows:

85.17.155.83, (Italy)
81.218.235.170, (Israel)
212.82.109.128, (Yahoo server located in Dublin Ireland)
91.205.175.34, (Germany)
212.82.108.243, (Yahoo server located in Dublin Ireland)
212.82.108.116, (Yahoo server located in Dublin Ireland)
212.82.108.246, (Yahoo server located in Dublin Ireland)
78.46.93.184, (Germany)
80.74.135.87, (Switzerland)
91.214.168.172, (Switzerland)
213.229.110.98, (England)
213.229.110.97, (England)

The e-mails from "Cancer Man" took place between 12/02/2010 and 12/06/2010 they occurred on all days except 12/04/2010 (Saturday).

To:   Sacramento     From: Sacramento
Re:   288A-SC-44639, 12/11/2011

Meanwhile, on 12/3/2010, a FOX40 customer complains about receiving an email from fox40truthers@gmail.com.

On 12/06/2010, Mercer received an mail from "Walter Skinner" using e-mail address walterskinner5099@Yahoo.co.uk.

The originating IP on this e-mail appeared to be 91.214.168.172, which, as noted above, appeared to resolve to a server in Switzerland.   This e-mail appeared to be in the form of a press release and described news coverage of a story by reporter Shawn Bennett. The e-mail referred to Mercer's Facebook page:

www.Facebook.com/Brandon.Mercer/Posts/173241182694599.

This suggests the subject visited Brandon Mercer's Facebook page.

Also, on 12/06/2010, Matthew Keyes using the e-mail address Matthewkeys@sactownmedia.com, sent an e-mail to Mercer pertaining to the use of Twitter.   This particular e-mail dealt with advice on how to best use "Twitter for TC Anchors" and appeared unrelated to the threatening e-mails received by Mercer.

Also, on 12/6/22010, after 10:00 PM PST, Mercer sent an e-mail to cancerman4099 and received a response back within ten minutes.   The e-mail exchange between Mercer and cancerman4099 continued through 12/8/2010.

On 12/12/2010, Mathews Keys, using e-mail address matthew@sactownmedia.com .   Keys told Mercer in this e-mail he has infiltrated the group "Anonymous." Keys sends Mercer a list of user names and passwords he claims he "obtained by a high authority within the 'conscious' hactivist organization Anonymous."   Keys also states he has access to future operations, including operations against Paypal, Amazon, the Los Angeles Times, Fox News, and others.

Also on 12/12/2010, Mercer engaged Keys in a consensually recorded telephone conversation.   They discussed the Gawker hack. Keys said he entered a chat room with 2,000 plus members.   In this chat room, Keyes said he met someone who invited him into a private chat room populated by 15 highly skilled hackers. They discussed cancerman, but Keyes claimed to be unaware of this account. Keyes denied sending any emails under this account.   Keys denied any involvement in the email exchange under cyberttroll69x.   Keys discussed the Gawker attack, but claimed he did not know how it was done.   He said he had limited technical knowledge, but did have computer records of his interaction with the group over the past week.   In communicating with the hackers, Keys has discussed his past journalism experience.   He believes that the hackers were using him for these skills.   It was not clear in these discussions whether Keys was acting as a journalist to collect this information.   In any case, it was clear he was sharing the information he obtained with a journalist from PBS.

(FBI Note: Based on the conversation, the appears Keys' Twitter account may have been compromised.

One of the upcoming targets of Anonymous was the Los Angeles Times.   Keys had no specifics about what was being planned.

On 12/14/2010, LA Times server hosting the public facing website was compromised.   The website was defaced by someone purporting to be Chippy1337.   The hack originated from IP 188.165.6.178.   According to Tribune Media staff, it was noted that userID's Anon1234 and arseface were unauthorized users on the system.

MK035863

MKP-0035768

To:    Sacramento      From: Sacramento
Re:    288A-SC-44639, 12/11/2011

      Armando Caro, Tribune Media employee, Managing Director, Technology Architect, Tribune Technology, 435 N. Michigan Ave Chicago, IL    60611 (312) 222-2708 armandoCaro@Tribune.com    sent writer an email detailing the investigation performed by their organization regarding a computer intrusion performed against the Los Angeles Times on 12/14/2010.    The computer intrusion resulted in a webpage defacement wherein the defacer used the tag, "chippy1337."

      According to Caro, one of the Tribune Media employees, Ben Floyd, using the moniker, hiccup, accessed an IRC channel called #thegibson, hosted at a server called skidsr.us.    According to the chats on this channel, a person using the moniker, sharpie, claimed to be involved in the hack.    Other persons involved in hack appeared to include a person called Nikon. Caro claimed the group set up a chippy1337@gmail.com account.

      Caro did not believe "chippy1337" was a person, rather an entity that this group (or a few users) use for hacking purposes.    Two individuals might be utilizing this name.

      Writer examined the log provided by Caro and noted the following persons claimed responsibility for the intrusion or were co-conspirators of the intrusion: "sharpie," "nikon," "Anonboots,"

      In summary, the following monikers appeared to have been used by the subject:

foxmulder4099@yahoo.co.uk
cybertroll69x@hotmail.com
walterskinner5099@Yahoo.co.uk
cancerman4099@yahoo.co.uk
fox40truthers@gmail.com
Anon1234
arseface
chippy1337
chippy1337@gmail.com
sharpie
nikon
anonboots

      The following IP addresses were used by the subject(s).

178.73.198.66
212.82.108.124
189.1.169.40
98.208.49.74
85.17.155.83,
81.218.235.170
212.82.109.128
91.205.175.34
212.82.108.243
212.82.108.116

Case 2:13-cr-00082-KJM   Document 23-2   Filed 12/13/13   Page 5 of 5
UNCLASSIFIED

To:   Sacramento     From:  Sacramento
Re:   288A-SC-44639, 12/11/2011

212.82.108.246
78.46.93.184
80.74.135.87
91.214.168.172
213.229.110.98
213.229.110.97
188.165.6.178

    Based on the above, it appears Matthew Keys may not have been the subject behind the compromise at FOX40.    It appears that Keys is involved with the group "Anonymous" and members of this group hacked the P2P server on two occasions.    The intrusion was accomplished by socially engineering someone to providing a user password.    Keys did have access to P2P.    His Twitter account may have been compromised.

    The above was relayed to AUSA Segal on 12/11/2011.

UNCLASSIFIED
5

MK035865

MKP-0035770