

NE&TO
650 Centerton Road
Moorestown, NJ 08057
866-947-8572 Tel
866-947-5587 Fax

**CONFIDENTIAL**

March 21, 2011

**VIA FACSIMILE**

ATTN: SA John M. Cauthen, FBI
c/o AUSA Matthew D. Segal
U.S. Attorney's Office
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814
Fax: (916) 554-2900

Re: Subpoena
Comcast File #: 257073

Dear SA Cauthen:

The Subpoena received on 3/18/2011 with respect to the above-referenced matter has been forwarded to the Legal Response Center for a reply. The Subpoena requests Comcast to produce certain subscriber records pertaining to the following IP address: **98.208.49.74 assigned on 12/02/2010 at 2:37 PM (PST) through 12/02/2010 at 5:58:23 PM (PST).**

Based on the information provided pursuant to the Subpoena, we are unable to find any information responsive to the request. Upon receipt of the Subpoena we initiated our investigation. We discovered that the log files we use to make subscriber account identifications were either incomplete or contained an error associated with the registration of the cable modem or other device in question. Therefore, Comcast cannot identify the subscriber account associated with this request.

If you have any questions regarding this matter, please feel free to call 866-947-8572.

Very Truly Yours,

Comcast Legal Response Center

GJ #: 2010A-97-04

MK002240

MKP-0002164

Fax sent by :                                                                          03-24-11 02:41p    Pg: 3/3
Case 2:13-cr-00082-KJM   Document 23-4   Filed 12/13/13   Page 2 of 2
03/18/11  FRI 08:18 FAX 9165542900          US ATTORNEY                                    ☒007

## RULE 902(11) CERTIFICATE OF RECORDS OF REGULARLY CONDUCTED ACTIVITY

1. I am an employee of Comcast.

   My Title is _Legal Specialist II_.

   In the course of my employment, I have access to customer-related records of my employer, and I am authorized to certify these records as a custodian of records.

2. Pursuant to federal Grand Jury Subpoena #2010A-97-04, my employer has produced records to the U.S. Attorney's Office for the Eastern District of California, consisting of documents relating to the account(s) or person(s) listed below.

3. Pursuant to Federal Rule of Evidence 902(11), I certify that the records produced in response to Grand Jury Subpoena #2010A-97-04:

   (A) Were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters; and

   (B) Were kept in the course of my employer's regularly conducted activity; and

   (C) Were made by the regularly conducted activity as a regular practice.

Under the penalties of perjury under the laws of the United States, I certify that the above is true and correct, and if called as a witness, I could competently testify thereto.

Executed this 21st day of Mar, 2011, at _____.

_[signature]_

Name:
Title:

Account name(s) or number(s) for documents provided: N/A please see response for Comcast file # 257073 for IP address: 98.208.29.74 as requested.

CERTIFICATE PROVIDED TO:
The United States Attorney's Office
Eastern District of California
501 "I" Street, Suite 10-100
Sacramento, CA 95814

MK002241

MKP-0002165