JASON S. LEIDERMAN, SBN 203336
jay@criminal-lawyer.me
ERIC J. LINDGREN, SBN 288542
eric@criminal-lawyer.me
LAW OFFICES OF JAY LEIDERMAN
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

TOR EKELAND, PRO HAC VICE
tor@torekeland.com
TOR EKELAND, P.C.
155 Water Street
Brooklyn, NY 11201
Tel: 718-285-9279
Fax: 718-504-5417

Attorneys for Defendant
MATTHEW KEYS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>v.<br><br>MATTHEW KEYS,<br><br>    Defendant. | Case No.: 13-CR-00082 KJM<br><br>**DECLARATION OF MATTHEW KEYS IN SUPPORT OF DEFENDANT'S MOTION TO SUPPRESS**<br><br>Date:   January 29, 2014<br>Time:  9:00 am<br>Place:  Courtroom 3 |

Defendant, **MATTHEW KEYS** declare under the penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am the Defendant in the above-mentioned case.

2. I submit this Declaration in support of my Motion to Suppress, inter alia, all physical evidence and any written or recorded statements.

3. On October 4, 2012 at approximately 1:30 a.m. I took the medication Trazodone, an anti-depressant with sleep-inducing side effects. On that day, I stood approximately 5 feet, 8 inches tall and weighed approximately 210 pounds.

4. I took 100 milligrams in two-50 milligram doses in order to help me fall asleep. Per the instructions on the bottle, I consumed a small snack after taking the medication.

5. I fell asleep between 2:00 a.m. and 2:30 a.m. that morning.

6. I consumed the Trazodone approximately five and a half hours before the FBI came to my house to execute the search warrant that is the subject of the Motion to Suppress.

7. Shortly before 6:00 a.m. on October 4, 2012 my residence was raided by a group of armed FBI agents. They woke me up from a deep sleep and removed me from my bedroom and my apartment by force. After searching me outside my apartment, I was led back into my bedroom where I was handed a copy of a search warrant by two men who identified themselves as FBI agents. The search warrant, which appeared to have been signed by a New Jersey magistrate judge, stated that my residence was to be searched by agents between the hours of 6:00 a.m. and 10:00 p.m. local time. Agents entered and searched my residence before the time allowed in the warrant.

8. After being encouraged to read a copy of the search warrant, agents questioned me for two hours on allegations contained in the warrant. The questioning concluded with agents encouraging me to make a written statement, for which I initially refused citing concern over my state of mind. Despite my concern, agents continued to encourage me to make a written statement.

9. During the time of the interrogation, I was still under the influence of Trazodone and I felt drowsy, confused and forgetful. As a result of feeling this way and because of the effects of the Trazodone, I attest herein that my statements provided that day are unreliable and not accurate about the events discussed therein.

Dated: December 12, 2013

_Matthew Keys_