JASON S. LEIDERMAN, SBN 203336
jay@criminal-lawyer.me
ERIC J. LINDGREN, SBN 288542
eric@criminal-lawyer.me
LAW OFFICES OF JAY LEIDERMAN
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

TOR EKELAND, PRO HAC VICE
tor@torelekand.com
TOR EKELAND, P.C.
155 Water Street
Brooklyn, NY 11201
Tel: 718-285-9279
Fax: 718-504-5417
tor@torekeland.com

Attorneys for Defendant
MATTHEW KEYS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MATTHEW KEYS,<br><br>　　　　Defendant. | Case No.: 13-CR-00082 KJM<br><br>**DECLARATION OF DR. BARRY M. COGEN IN SUPPORT OF DEFENDANT'S MOTION TO SUPPRESS**<br><br>Date:　　January 29, 2014<br>Time:　　9:00 am<br>Place:　　Courtroom 3 |

DR. BARRY COGEN states the following to be true under the penalty of perjury:

1.　I am a doctor of Osteopathy and am licensed to practice medicine in California. I practice general medicine at my personal practice, called "Kids and Parents Medical Center" in Ventura California. I have practiced medicine for about 24 years. An abbreviated curriculum vitae is attached hereto.

2.　I submit this Affidavit in support of defendant Matthew Keys Motion to Suppress, inter alia, all physical evidence and any written or recorded statements.

DECLARATION OF DR. BARRY M. COGEN
Page 1

LAW OFFICES OF JAY LEIDERMAN
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

3. I have consulted with Counsel for Mr. Keys, and I have listened to portions of the statements in question. Based thereon, I have concluded that Mr. Keys' statement lacks sufficient reliability.

4. Trazodone hydrochloride, also known as Desyrel, is prescribed for either depression or sleeplessness. Desyrel should be taken with a small meal or snack. It takes approximately an hour for the medication to take effect. I regularly prescribe Desyrel in my practice, I have for many years, and I am extremely familiar with its effects.

5. When taken with a meal or snack, the absorption of Desyrel is slowed, causing the drug to take effect slower than it otherwise would have on an empty stomach.

6. The purpose for Desyrel is to allow for a good night's sleep, and that sleep should not be interrupted, as it was in this case. Desyrel is a very sedating medication. Desyrel also does not wear off quickly and will still cause drowsiness, sedation and other side effects after the person taking the Desyrel is awoken.

7. Common side effects of Desyrel include, among others confusion, dizziness, drowsiness, fatigue, and nervousness. Desyrel may cause patients to become drowsy or less alert and may affect judgment.

8. Desyrel has a half-life of six hours. That means that after six hours, half of the drug will remain active in the body. Based upon Mr. Keys reported dosage, I would expect that a full 50 mg dose would still have been active in his body six hours after he ingested the Desyrel.

9. Because Mr. Keys was awoken during his Desyrel induced sleep, it is my opinion that his statements are unreliable. I reached this opinion based upon my knowledge of Desyrel, the approximate height and weight of Mr. Keys, the dosage he took, the time he took that dosage, the time he was awakened, the length of the interrogation, the fact that there was a very slight slurring of words at the beginning of the interrogation, the fact that Mr. Keys often trailed off when speaking and the fact that Mr. Keys said that he was concerned about his state of mind prior to reducing his statement to writing.

10. Someone under the effects of Desyrel would be somewhat incoherent during the pendency of that entire interrogation. A statement given as the result of Desyrel under these

DECLARATION OF DR. BARRY M. COGEN
Page 2

LAW OFFICES OF JAY LEIDERMAN
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

circumstances is inherently unreliable and should not be used in a court proceeding where innocence or guilt is being determined.

11.   If I was treating someone under the effects of Desyrel at my private practice or in a hospital setting, I would seek verifiable, reliable data, like independent tests, to treat the patient as opposed to solely relying upon their statements because they are unreliable.

Dated: December 13, 2013

Dr. Barry M. Cogen, DO

DECLARATION OF DR. BARRY M. COGEN
Page 3

LAW OFFICES OF JAY LEIDERMAN
5740 Ralston Street, Suite 300
Ventura, California 93003
Tel: 805-654-0200
Fax: 805-654-0280

# CURRICULUM VITAE OF

## BARRY M. COGEN, D.O.

### OFFICE ADDRESS
2772 JOHNSON DRIVE, SUITE 114, VENTURA, CA 93003

### EDUCATION
1979....1983 UNIVERSITY OF CALIFORNIA, SAN DIEGO
BACHELOR OF SCIENCE
1983....1987 UNIVERSITY OF HEALTH SCIENCES, KANSAS CITY
DOCTOR OF OSTEOPATHY
1987....1988 DALLAS MEMORIAL HOSPITAL, DALLAS
ROTATING INTERNSHIP IN FAMILY PRACTICE

DIPLOMATE OF THE NATIONAL BOARD OF
OSTEOPATHIC MEDICAL EXAMINERS 1988

LICENSE TO PRACTICE IN STATE OF CALIFORNIA 1988

PRECEPTOR FOR OSTEOPATHIC STUDENTS SINCE 1989

MEMBER OF AMERICAN OSTEOPATHIC
ACADEMY OF SPORTS MEDICINE SINCE 1989

BOARD CERTIFIED IN FAMILY PRACTICE
AMERICAN OSTEOPATHIC BOARD OF FAMILY PHYSICIANS 1996

MEMBER OF AMERICAN OSTEOPATHIC ASSOCIATION SINCE 1988

MEMBER OF AMERICAN COLLEGE OF
OSTEOPATHIC FAMILY PHYSICIANS SINCE 1988

MEMBER OF VENTURA COUNTY MEDICAL ASSOCIATION SINCE 2007

LICENSED TO PRESCRIBE SUBOXONE FOR ADDICTION

MEDICAL DIRECTOR
KIDS AND PARENTS MEDICAL CENTER
VENTURA, CALIFORNIA
SINCE 1989